# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **MARK W. DOBRONSKI**, | Case No. **2:23-cv-10149-GCS-CI** |
| Plaintiff, | Hon. George Caram Steeh<br>United States District Judge |
| v. | |
| **INSURANCE SUPERMARKET INC.**, *et al.*, | Honorable Curtis Ivy, Jr.<br>United States Magistrate Judge |
| Defendants. | |

___

## PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

Plaintiff, MARK W. DOBRONSKI, appearing *in propria persona*, and pursuant to E.D. Mich. LR 11.2, hereby gives notice to the Clerk and all parties of his change of address and contact information, as follows:

> Mark W. Dobronski
> Post Office Box 222
> Dexter, Michigan 48130-0222
>
> Telephone:  (734) 330-9671
> Email:  markdobronski@yahoo.com

All parties are reminded that, as a *pro se* party, Plaintiff does not receive service of papers and filings via the Court's CM/ECF system, but must be served by traditional paper copy sent via United States Mail.  See Electronic Filing Policies and

1

Procedures, Eastern District of Michigan, Rule R9(e).

                                                  Respectfully submitted,

Dated: September 5, 2023

                                                  _____
Mark W. Dobronski
Post Office Box 222
Dexter, Michigan 48130-0222
Telephone: (734) 330-9671
Email: markdobronski@yahoo.com
Plaintiff *In Propria Persona*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **September 5, 2023**, I electronically filed the foregoing *Plaintiff's Notice of Change of Address* with the Clerk of the Court via the Court's Pro Se Document Upload utility, which will send notification of such filing to all counsel of record via the CM/ECF system.

                                                  _____
Mark W. Dobronski